**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7809**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARDO OSPINA,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-90-346-A, CA-95-636-AM)

---

Submitted:  March 12, 1996          Decided:  March 21, 1996

---

Before ERVIN, HAMILTON, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bernardo Ospina, Appellant Pro Se.  Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Ospina</u>, Nos. CR-90-346-A; CA-95-636-AM (E.D. Va. Sept. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>